Emily Johnson, Appellant, *v.* First National Bank of
Franklin, Respondent.

*Johnson* v. *First Nat. Bank of Franklin,* 132 App. Div. 524, affirmed.
(Argued January 10, 1911; decided January 27, 1911.)

Appeal from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered May
18, 1909, which reversed a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial, and granted a new trial in an action to recover for
an alleged conversion of certain shares of stock.

*W. F. White* for appellant.

*C. L. Andrus* for respondent.

Order affirmed and judgment absolute ordered against the appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.